Benjamin A. Emmert, Bar No. 212157
bemmert@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando Street
7th Floor
San Jose, California 95113.2431
Telephone:    408.998.4150
Fax No.:       408.288.5686

Attorneys for Petitioner
TOUCHSTONE SECURITIES, LLC (f/k/a
Touchstone Securities, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUCHSTONE SECURITIES, LLC (f/k/a Touchstone Securities, Inc.), a Nebraska limited liability company,<br><br>             Petitioner,<br><br>     v.<br><br>STEVEN SEID, an individual,<br><br>             Respondent. | Case No. 3:26-cv-6840-LJC<br><br>**ORDER GRANTING TOUCHSTONE SECURITIES, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 19 AND 20; EXHIBITS 22 TO 31; AND PORTIONS OF EXHIBIT 54 TO THE DECLARATION OF BENJAMIN A. EMMERT IN SUPPORT OF TOUCHSTONE SECURITIES, LLC'S PETITION TO VACATE, MODIFY, OR CORRECT ARBITRATION AWARD PURSUANT TO 9 U.S.C. §§ 10 AND 11**<br><br>Date: TBD<br>Time: TBD<br>Judge: TBD<br>Courtroom: TBD |

3:26-cv-6840

ORDER GRANTING TOUCHSTONE SECURITIES, LLC'S ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS TO THE DECL. OF BENJAMIN A. EMMERT IN SUPPORT OF PETITION TO VACATE, MODIFY, OR CORRECT UNDER SEAL

Having reviewed and considered Touchstone Securities, LLC (f/k/a Touchstone Securities, Inc.) administrative motion to file certain Exhibits/portions of Exhibits attached to the Declaration Of Benjamin A. Emmert In Support Of Touchstone Securities, LLC's Petition To Vacate Or Correct Arbitration Award Pursuant To 9 U.S.C. §§ 10, 11 ("Emmert Decl."), and good cause appearing therefor, IT IS HEREBY ORDERED that the following Exhibits/portions of the Exhibits to the Emmert Decl. shall be filed under seal by the Clerk as follows:

| Material | Exh. | Portion of Material to be Sealed |
|---|---|---|
| Emmert Decl. | 19 | That portion of the emails containing the names of files. |
| Emmert Decl. | 20 | That portion of the emails containing the names of files. |
| Emmert Decl. | 22 | Exhibit in full |
| Emmert Decl. | 23 | Exhibit in full |
| Emmert Decl. | 24 | Exhibit in full |
| Emmert Decl. | 25 | Exhibit in full |
| Emmert Decl. | 26 | Exhibit in full |
| Emmert Decl. | 27 | Exhibit in full |
| Emmert Decl. | 28 | Exhibit in full |
| Emmert Decl. | 29 | Exhibit in full |
| Emmert Decl. | 30 | Exhibit in full |
| Emmert Decl. | 31 | Exhibit in full |
| Emmert Decl. | 54 | p. 121: 11, 21-22 (portion of sentences) p. 122:4 (portion of sentences) p. 145:3, 13 (portion of sentences) p. 166:23 (portion of sentences) p. 167:1-2, 6 (portion of sentences) |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

2                                    Case No. 3:26-cv-6840

ORDER GRANTING TOUCHSTONE SECURITIES, LLC'S ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS TO THE DECL. OF BENJAMIN A. EMMERT IN SUPPORT OF PETITION TO VACATE, MODIFY, OR CORRECT UNDER SEAL

**IT IS SO ORDERED**

Dated: July 7, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P. C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

3                                    Case No. 3:26-cv-6840

ORDER GRANTING TOUCHSTONE SECURITIES, LLC'S ADMINISTRATIVE MOTION TO FILE CERTAIN
EXHIBITS TO THE DECL. OF BENJAMIN A. EMMERT IN SUPPORT OF PETITION TO VACATE, MODIFY, OR
CORRECT UNDER SEAL